# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TYREE LAWSON,                          :
    Plaintiff,                          :
                                        :
    v.                                  :          CIVIL ACTION NO. 19-CV-2457
                                        :
PA DEPARTMENT OF CORRECTIONS,:
*et al.*,                               :
    Defendants.                         :

## ORDER

This 13th day of November, 2019, upon consideration of Plaintiff Tyree Lawson's Motion to Proceed *In Forma Pauperis* (ECF No. 9) and Prisoner Trust Fund Account Statement (ECF No. 10), it is **ORDERED** that:

1. The Motion is **DENIED**, pursuant to 28 U.S.C. § 1915(g).

2. If he seeks to continue with this case, Lawson must remit $400 to the Clerk of Court within thirty (30) days of the date of this Order. If Lawson fails to comply with this Order, his case may be dismissed without further notice for failure to prosecute.

                                                      /s/ Gerald Austin McHugh
                                                United States District Judge